HARRIET A. GOODE, Respondent, v. HELEN SHARTLE, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $10,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.   Held, that the verdict is against the weight of the evidence upon the question of damages and is excessive.   All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT F. BURNS, Appellant.— Judgment of conviction affirmed.   All concur.

OSWEGO MILLING COMPANY, Respondent, v. GILBERT & NICHOLS COMPANY, Appellant.— Judgment and order affirmed, with costs.   All concur.

LAVERNE D. CONDERMAN, Respondent, v. WILLIAM M. NEPHEW, Appellant.— Order affirmed, with costs.   All concur.

CHARLES A. FINNEGAN, Respondent, v. GEORGE S. BUCK and Others, as and Constituting the Council of the City of Buffalo and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and order continuing injunction *pendente lite* vacated and set aside, with ten dollars costs, as a matter of law and not in the exercise of any discretion, this court being of the opinion that the *Legal Daily* referred to in the moving papers is a paper which the defendant city and its officers are authorized to designate as the official paper of the city in which legal notices may be published, as provided in the charter of said city.*   All concur.

SARAH E. WOOD, Plaintiff, v. WALBURGA BRUNNETT and Another, Respondents, Impleaded with Another.  FRANCIS A. WERTHMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

WILLIAM J. HUNT, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

MOVSES BOGHOSIAN, Respondent, v. JOSEPH DAVIS and Another, Appellants.— Motion granted and appeal dismissed, with costs.

B. G. H. METAL MFG. CO., INC., Appellant, v. EUGENE J. McVOY, Respondent.— Order modified by imposing as terms that the defendant pay all costs and disbursements up to the time of the allowance of the amendment, together with ten dollars costs of the motion, and as so modified, order affirmed, without costs.   All concur.

ROCHESTER BILL POSTING COMPANY, Appellant, v. JOSEPH SORRENTINO and Another, Respondents.— Motion granted, permitting appellant to withdraw appeal, without costs.

ANNA ALLEN, as Administratrix, etc., Respondent, v. WALKER D. HINES, as Director General of Railroads, Appellant.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to Court of Appeals denied.

ROBERT K. HIER and Another, Respondents, v. EDGAR M. WIGHTMAN and Another, Appellants.— Motion to dismiss appeal denied, without costs.

---

* See Laws of 1914, chap. 217, § 25.— [REP.